**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              )<br>       Plaintiff,   )<br>              )<br>vs            )<br>              )<br>RENE OSWALD COBAR,       )<br>              )<br>       Defendant,.        )<br>_____ ) | 2:07-cr-0014-JCM-RJJ<br><br><br><br>**ORDER** |

Presently before the court is defendant Rene Oswald Cobar's motion for a new trial and for evidentiary hearing. (Doc. #288). The government responded (doc. #290), and the defendant filed a supplement (doc. #299), but did not reply. Also before the court is defendant Luis Angel Gonzalez-Largo's motion to compel disclosure of exculpatory evidence. (Doc. #292). The government responded (doc. #294) and filed a supplement (doc. #298), but the defendant did not reply. The court held a hearing on both motions on October 18, 2010, and subsequently took each under advisement at the suggestion of the parties, pending in camera review of the DEA file 5.

Following the in camera review by the court on November 3, 2010, the court finding no relationship and no parallels between the case for which the confidential informant was deactivated and the case presently before the court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Rene Oswald Cobar's motion for a new trial and for evidentiary hearing (doc. #288) be, and the same hereby is, denied.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant Luis Angel Gonzalez-Largo's motion to compel disclosure of exculpatory evidence (doc. #292) be, and the same hereby is, denied.

DATED this 8th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE