**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> LUIS ANGEL GONZALEZ-LARGO, ) <br> ) <br> Defendant,. ) <br> ) | 2:07-cr-0014 JCM (RJJ) <br><br><br><br><br><br> **ORDER** |

Presently before the court is petitioner Luis Angel Gonzalez-Largo's motion requesting a copy of the arrest warrant used to effectuate petitioner's arrest. (Doc. #361). The government has filed a response, attaching as Exhibit 1, a copy of the arrest warrant petitioner seeks. (Doc. #364).

In light of the government's response,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's motion for copy of arrest warrant (doc. #361) be, and the same hereby is, DENIED as moot.

DATED June 18, 2012.

_____
UNITED STATES DISTRICT JUDGE