1

2

3
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
4
* * *

5
UNITED STATES OF AMERICA,                    )

6                                            )
            Plaintiff,                       )

7                                            )       2:07-cr-0014 JCM (RJJ)
vs                                           )

8                                            )
LUIS ANGEL GONZALEZ-LARGO,                   )

9                                            )
            Defendant,.                      )       **ORDER**

10 _____          )

11

12          Presently before the court is the government's motion seeking a court order that petitioner

has waived attorney-client privilege.  Doc. 365.  Petitioner, Luis Angel Gonzalez-Largo has failed
13
to file an opposition.
14
            Mr. Gonzalez filed a 28 U.S.C. § 2255 motion to vacate, set aside or correct
15
his sentence, alleging ineffective assistance of counsel.  The government represents that information
16
from defendant's former trial counsel, Gabriel L. Grasso, Esq., is necessary in order to respond to Mr.
17
Gonzalez's allegations.
18
            The voluntary disclosure by a defendant of privileged attorney communications "constitutes
19
waiver of the privilege as to all other such communications on the same subject."  *Weil v.*
20
*Investment/Indicators, Research & Management*, 647 F.2d 18, 24 (9th Cir. 1981); s*ee also*, *United*
21
*States v. Zolin*, 809 F.2d 1411, 1415-16 (9th Cir. 1987); *Clady v. County of Los Angeles*, 770 F.2d,
22
1421, 1433 (9th Cir. 1985).  The Ninth Circuit has explained that "a section 2255 petitioner who
23
asserts ineffectiveness of counsel as a ground for relief from his conviction may thereby place into
24
issue his communications with trial counsel.  Under such circumstances, a petitioner cannot assert
25
such a claim without thereby waiving, at least to a limited extent, his attorney-client privilege."
26
*Breier v. United States*, 947 F.2d 949, 1991 WL 220324 (9th Cir. 1991).
27
. . .
28

1    The court hereby finds it appropriate to deem the attorney-client privilege existing between

2  Mr. Gonzalez and Mr. Grasso waived as to those matters raised in Mr. Gonzalez's § 2255 motion.

3  Mr. Grasso shall therefore provide, to the government an affidavit concerning all information known

4  to him that are relevant to the charges raised in the § 2255 motion as soon as practicable.

5    Accordingly,

6    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion

7  for an order deeming attorney-client relationship waived (doc. 365) be, and the same hereby is,

8  GRANTED.

9    DATED July 12, 2012.

10

11                           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28